```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                     :
JOSE I. ZORRILLA,                                    :
                                                     :
                              Plaintiff,             :
                                                     :            25 Civ. 3661 (JPC)
            -v-                                      :
                                                     :                 ORDER
JOSUE VALDES ENAMORDOS and NEW IMAGE                 :
TRANSPORT INC., doing business as Panther,           :
                                                     :
                              Defendants.            :
                                                     X
-----------------------------------------------------------------------
```

JOHN P. CRONAN, United States District Judge:

    Defendants shall file proof of service on Plaintiff of the notice of removal by May 26, 2025. Plaintiff shall appear and file a copy of the Complaint on the docket by June 6, 2025.

    SO ORDERED.

Dated: May 19, 2025
       New York, New York

                                                JOHN P. CRONAN
                                         United States District Judge