UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOSE I. ZORRILLA,

                Plaintiff,

                          25 Civ. 3661 (JPC)

   -v-

                          ORDER

JOSUE VALDES ENAMORDOS and NEW IMAGE
TRANSPORT INC., *doing business as* Panther,

                Defendants.
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 5, 2025, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for June 16, 2025 at 11:00 a.m. Dkt. 8 at 1-2. The Court also ordered the parties to submit a proposed case management plan and scheduling order. *Id*. at 2. Both items were due by June 9, 2025. The parties failed to submit either.

By 5:00 p.m. on June 11, 2025, it is hereby ordered that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 8. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

    SO ORDERED.

Dated: June 10, 2025
       New York, New York

                                                  JOHN P. CRONAN
                                                  United States District Judge